No. 6,256.—STATE EX REL. MINNIE H. BINGHAM, RELATRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control addressed to the District Court of the Fourteenth Judicial District, in and for the County of Meagher, et al.

Decided December 5, 1927.

PER CURIAM.—The application for writ of supervisory control here is denied.